

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HECTOR GUILLERMO SMITH MAC DONALD GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WHITNEY MERLYNN PETERSON,<br><br>Defendant. | CV 17-34-BLG-SPW<br><br>ORDER |

IT IS ORDERED that Petitioner's Motion to Utilize Interpreter at Hearing is GRANTED. Petitioner may utilize the services of interpreter Margarita Valencia at the final evidentiary hearing, which is presently scheduled for March 28, 2017 and for any continuations or further hearings on this matter. Petitioner will pay all costs and fees associated with the interpreter's services, subject to taxation of costs in favor of the prevailing party, if applicable. Fed. R. Civ. P. 43(d).

DATED this 23 day of March, 2017 at 11:10 am.

SUSAN P. WATTERS
United States District Judge

1