IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 24 2017

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| HECTOR GUILLERMO SMITH MAC DONALD GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> WHITNEY MERLYNN PETERSON, <br><br> Defendant. | CV 17-34-BLG-SPW <br><br> ORDER |

The Court having considered Petitioner's Motion to Vacate and Reschedule Hearing and Extend Temporary Restraining Order (Doc. 14) has determined that an extension is warranted because a significant risk exists that the relief sought under the Verified Petition would be mooted by Respondent leaving the jurisdiction before the Court had an opportunity to decide the merits of the Verified Petition. Therefore, for good cause shown:

IT IS ORDERED that:

1. Petitioner's Motion to Extend Hearing and Temporary Restraining Order (Doc. 14) is GRANTED.

2. The Tuesday March 28, 2017 hearing is VACATED and REST for Friday, April 7, 2017, at 1:30 PM.

3. The Temporary Restraining Order entered on March 16, 2017 (Doc. 10) is extended an additional 14 days to expire April 13, 2017 at midnight.

4. All other provisions contained in the Temporary Restraining Order remain in full effect.

5. A copy of this Order, a copy of the Verified Petition, and a copy of the Temporary Restraining Order shall promptly be served upon Respondent. A proof of service shall be filed thereafter.

DATED this 24th day of March, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge