IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

APR - 6 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| HECTOR GUILLERMO SMITH MAC DONALD GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>WHITNEY MERLYNN PETERSON,<br><br>Respondent. | CV 17-34-BLG-SPW<br><br>ORDER |

Upon the Petitioner's Motion to Vacate Hearing and Temporary Restraining Order (Doc. 18), and for good cause being shown,

IT IS HEREBY ORDERED that the Hearing on Petitioner's Temporary Restraining Order set for Friday, April 7, 2017 at 1:30 p.m. is **VACATED**.

IT IS FURTHER ORDERED that the Temporary Restraining Order (Doc. 10) entered by the Court on March 16, 2017 is **VACATED** subject to refiling upon service of the Respondent.

DATED this 5th day of April, 2017.

SUSAN P. WATTERS
United States District Judge

1