

**FILED**

APR - 7 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| HECTOR GUILLERMO SMITH MAC DONALD GONZALEZ, | ) ) ) | Case No. CV-17-34-SPW-TJC |
| Petitioner, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| WHITNEY MERLYNN PETERSON, | ) ) ) | |
| Respondent. | ) | |

Upon review of Petitioner's Motion for Leave to Conduct Limited Third-Party Discovery Prior To Rule 26(f) Conference and for good cause shown, it is ORDERED that:

1. Petitioner's Motion for Leave to Conduct Limited Third-Party Discovery Prior to Rule 26(f) Conference is GRANTED. Petitioner may conduct discovery for the limited purpose of trying to determine Respondent's whereabouts for purposes of service of process.

Dated this 7th day of April, 2017 at 9:00 A.M.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge