IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

SEP 1 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| HECTOR GUILLERMO SMITH MAC DONALD GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WHITNEY MERLYNN PETERSON,<br><br>Defendant. | CV 17-34-BLG-SPW<br><br>ORDER |

Before the Court are motions to admit attorneys for Defendant Whitney Peterson *pro hac vice*. (Docs. 39 and 40). On September 6, 2017, Plaintiff Hector Gonzalez voluntarily dismissed the action. (Doc. 36). As of that date, Peterson had not filed an answer or a motion for summary judgment. A plaintiff's voluntarily dismissal of an action before the opposing party has filed an answer or a motion for summary judgment has the legal effect of a court order dismissing the action without prejudice. Fed. R. Civ. P. 41(a)(1)(A-B). The motions are denied because this action was dismissed without prejudice on September 6, 2017.

DATED this 12th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1